UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                     )<br>           Plaintiff            )<br>                                     )<br> vs.                              )<br>                                     )<br> *Alejandro Amezcua-Manzo* )<br>           Defendant(s)      )<br>_____ ) | CRIMINAL NO. **08CR0298-WQH**<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

*Rutillo Felipe Bacilio*

DATED: **2/14/08**

ANTHONY J. BATTAGLIA

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
                    DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
                    Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082