|   |   |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | AARON B. CLARK |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 239764 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6787 / (619) 235-2757(Fax) |
|   | Email: aaron.clark@usdoj.gov |
| 6 |   |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-0298WQH |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | NOTICE OF APPEARANCE |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| ALEJANDRO AMEZCUA-MANZO (1), and | ) |  |
| DELFINO BENITO-GUTIERREZ (2), | ) |  |
|  | ) |  |
| Defendants. | ) |  |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> (If none, enter "None" below)

None

| | |
|---|---|
| 1 | |
| 2 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should |
| 3 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic |
| 4 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this |
| 5 | association): |
| 6 | <u>Name</u> (If none, enter "None" below) |
| 7 | None |
| 8 | |
| 9 | Please call me if you have any questions about this notice. |
| 10 | DATED: February 20, 2008 |

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/*Aaron B. Clark*
_____
Aaron B. Clark
Assistant United States Attorney
Email: aaron.clark@usdoj.gov

Attorneys for Plaintiff
United States of America

Notice of Appearance
United States v. Amezcua-Manzo          2          08-CR-0298WQH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>ALEJANDRO AMEZCUA-MANZO (1),<br>and DELFINO BENITO-GUTIERREZ (2),<br><br>　　　　Defendants. | Case No. 08-CR-0298WQH<br><br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Aaron B. Clark, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Gregory Murphy

2. Marc Carlos

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 20, 2008.

　　　　s/*Aaron B. Clark*
　　　　Aaron B. Clark

Notice of Appearance
United States v. Amezcua-Manzo　　　　3　　　　08-CR-0298WQH