1  Marc X. Carlos
   California State Bar No. 132987
2  **BARDSLEY & CARLOS L.L.P.**
   424 "F" Street, Suite A
3  San Diego, CA  92101
   Telephone: (619) 702-3226
4  Facsimile:   (619) 702-5415

5  Attorneys for Defendant
   DELFINO BENITO-GUTIERREZ
6

7
                    **UNITED STATES DISTRICT COURT**
8
                   **SOUTHERN DISTRICT OF CALIFORNIA**
9
                      **(HONORABLE WILLIAM Q. HAYES)**
10

11
   UNITED STATES OF AMERICA,       )    CASE NO.:   08CR0298-WQH
12                                  )
                    Plaintiff,      )    DATE:       MARCH 17, 2008
13                                  )    TIME:       2:00 p.m.
          v.                        )
14                                  )    **NOTICE OF MOTION AND MOTIONS:**
                                    )
15 DELFINO BENITO-GUTIERREZ,        )    1.    TO COMPEL DISCOVERY;
                                    )    2.    LEAVE TO FILE ADDITIONAL
16                  Defendant.      )          MOTIONS.
                                    )
17

18 TO:  **KAREN P. HEWITT; UNITED STATES ATTORNEY; AND
        AARON B. CLARK, ASSISTANT UNITED STATES ATTORNEY:**
19
       PLEASE TAKE NOTICE that on the date and time indicated above, or as soon thereafter as
20
   counsel may be heard, the defendant, DELFINO BENITO-GUTIERREZ, through his attorney Marc
21
   X. Carlos, will bring the below listed motions.
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28

                                                                      08CR0298-WQH