**CERTIFICATE OF SERVICE**

<u>U.S. v. DELFINO BENITO-GUTIERREZ</u>
Case No. 08CR0298-WQH

Counsel for Defendant DELFINO BENITO-GUTIERREZ, hereby certifies that on this date copies of Notice of Motion and Motion to Compel Discovery and Grant Leave to File Additional Motions was served electronically upon the following attorney:

AUSA, Aaron B. Clark

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 28, 2008, at San Diego, California.

s/ Marc X. Carlos
Marc X. Carlos