1  KAREN P. HEWITT
   United States Attorney
2  AARON B. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 239764
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6787/(619) 235-2757 (Fax)
   Email: aaron.clark@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   Criminal Case No. 08CR0091-WQH
                                     )
11                      Plaintiff,   )   DATE:         March 17, 2008
                                     )   TIME:            2:00 p.m.
12              v.                   )   Before Honorable William Q. Hayes
                                     )
13  ALEJANDRO AMEZCUA-MANZO, and     )   UNITED STATES' MOTIONS FOR:
    DELFINO BENITO-GUTIERREZ,        )
14                                   )   (1)    RECIPROCAL DISCOVERY;
                      Defendant(s).  )   (2)    LEAVE TO FILE FURTHER
15                                   )          MOTIONS
                                     )
16                                   )   TOGETHER WITH STATEMENT OF
                                     )   FACTS AND MEMORANDUM
17  _____ )   OF POINTS AND AUTHORITIES

18

19

20          COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its

21  counsel, Karen P. Hewitt, United States Attorney, and Aaron B. Clark, Assistant U.S. Attorney,

22  and hereby files its Motions in the above-referenced case.  Said Motions are based upon the files

23  and records of this case together with the attached statement of facts and memorandum of points

    and authorities.
24  //
25  //
26  //
27

28

1    DATED: February 29, 2008.

2                                         Respectfully submitted,

3                                         KAREN P. HEWITT
                                          United States Attorney
4

5                                         s/ Aaron B. Clark
                                          AARON B. CLARK
6                                         Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          2

1  KAREN P. HEWITT
   United States Attorney
2  AARON B. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 239764
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6787/(619) 235-2757 (Fax)
   Email: aaron.clark@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                                    )    Criminal Case No. 08CR0298-WQH
    UNITED STATES OF AMERICA,         )
11                                    )    DATE:        March 17, 2008
                          Plaintiff,  )    TIME:        2:00 p.m.
12                                    )    Before Honorable William Q. Hayes
              v.                      )
13                                    )
    ALEJANDRO AMEZCUA-MANZO, and      )    UNITED STATES' STATEMENT OF
14  DELFINO BENITO-GUTIERREZ,         )    FACTS AND MEMORANDUM OF
                                      )    POINTS AND AUTHORITIES
15                     Defendant(s).  )
    _____    )
16

17                                    I

18                      STATEMENT OF THE CASE

19        The Defendant, Delfino Benito-Guiterrez (hereinafter "Defendant" or "Benito") and

20  Alejandro Amezcua-Manzo ("Amezcua") were charged by a grand jury on February 6, 2008 with

21  violating 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (v)(II), transportation of illegal aliens and aiding and

22  abetting.  Both were arraigned on the Indictment on February 7, 2008, and entered pleas of not

23  guilty.

24                                    II

25                       STATEMENT OF FACTS

26        On the morning of January 24, 2008, United States Border Patrol Agents ("BP") Hays and

27  Gonzalez were observing traffic near the intersection of Highway 78 and State Roue 2 in Shelter

28                                    3

1    Valley, California. As they were parked they observed a white 1993 Buick Roadmaster traveling

2    north on SR-2, and then turn east on Highway 78. Just as the vehicle turned east on Highway 78

3    it made a u-turn and returned to SR-2 traveling south. The maneuver appeared suspicious to the

4    agents, since the location is the site of a sometimes operational Border Patrol checkpoint and it is

5    common for smugglers to scout the area.

6        Approximately five minutes later, Amezcua drove a white Ford F-150 truck past the agents

7    while traveling north on the SR-2, then turning east on Highway 78. After the truck passed, the

8    Buick again came into agents view, now traveling north on SR-2, then turning east on Highway

9    78. Agents Hays and Gonzalez relayed this information to Agents Martinez and Ortega.

10        Agents Martinez and Ortega then pulled in behind the Ford truck and followed it east on

11   Highway 78 until it turned north on SR-3 and parked at an empty campground within yards of the

12   intersection. The agents then walked up to the truck and identified themselves as Border Patrol

13   agents to Amezcua and Benito, and the five others lying down in the open bed of the truck. Upon

14   questioning, Amezcua noted he was a legal permanent resident. Benito and the five other people

15   in the bed of the truck admitted to being citizens and nationals of Mexico. They further stated

16   individually that they had entered and were illegally present in the United States. Four of the five

17   aliens in the bed of the truck appeared to be teenagers. Agents then placed Amezcua, Benito, and

18   the five other aliens under arrest.

19        In a post-<u>Miranda</u> statement, Amezcua admitted he picked up and transported the aliens

20   that had been waiting since the previous day. He stated he had received a call from Benito telling

21   him that the aliens were freezing and needed a ride. Amezcua admitted that he knew some of the

22   aliens were minors because Benito, while still in Mexicali, Mexico, had phoned Amezcua telling

23   him that he was going to cross into the United States with several people, mostly minors.

24        Benito, in a post-<u>Miranda</u> interview admitted he is a Mexican citizen without documents

25   to be in the United States legally. He also admitted calling Amezcua for a ride and directing him

26   to the location where Amezcua picked him up, along with the five other aliens.

27

28                                                    4

1    The material witnesses all generally stated that they are Mexican citizens without

2    documents to be in the United States legally. They each stated they had either made arrangements,

3    or had others make arrangements for them, to be smuggled into the United States. They were to

4    pay, or have others pay on their behalf, between an unknown amount to $1500. They further

5    admitted crossing into the United States on January 22, 2008. Two of the three material witnesses

6    identified Amezcua out of a photo lineup as the driver of the vehicle.

**III**

**UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY**

9    The United States hereby moves for reciprocal discovery from Defendants. To date

10    Defendants have not provided any. The United States, pursuant to Rule 16 of the Federal Rules

11    of Criminal Procedure, requests that Defendants permit the United States to inspect, copy, and

12    photograph any and all books, papers, documents, photographs, tangible objects, or make copies

13    of portions thereof, which are within the possession, custody or control of Defendants and which

14    Defendants intend to introduce as evidence in their case-in-chief at trial.

15    The United States further requests that it be permitted to inspect and copy or photograph

16    any results or reports of physical or mental examinations and of scientific tests or experiments

17    made in connection with this case, which are in the possession or control of Defendants, which

18    Defendants intend to introduce as evidence-in-chief at the trial, or which were prepared by a

19    witness whom Defendants intend to call as a witness. Because the United States will comply with

20    Defendants' requests for delivery of reports of examinations, the United States is entitled to the

21    items listed above under Rule 16(b)(1) of the Federal Rules of Criminal Procedure. The

22    Government also requests a written summary of the names, anticipated testimony, and bases for

23    opinions of experts the defendant intends to call at trial under Rules 702, 703, and 705 of the

24    Federal Rules of Evidence.

1    The United States also requests that the Court make such order as it deems necessary under

2    Rules 16(d)(1) and (2) to ensure that the United States receives the discovery to which it is

3    entitled.

4    In addition, Rule 26.2 of the Federal Rules of Criminal Procedure requires the production

5    of prior statements of all witnesses, except a statement made by defendants.  This rule thus

6    provides for the reciprocal production of <u>Jencks</u> statements.  The time frame established by the

7    rule requires the statement to be provided after the witness has testified.  To expedite trial

8    proceedings, the United States hereby requests that Defendants be ordered to supply all prior

9    statements of defense witnesses by a reasonable date before trial to be set by the Court.  Such an

10   order should include any form in which these statements are memorialized, including but not

11   limited to, tape recordings, handwritten or typed notes and/or reports.

12   **IV**

13   **<u>LEAVE TO FILE FURTHER MOTIONS</u>**

14   Should new information or legal issues arise, the United States respectfully requests the

15   opportunity to file such further motions as may be appropriate.

16   **V**

17   **<u>CONCLUSION</u>**

18   For the foregoing reasons, the Government respectfully requests that the Court grant the

19   Government's motions.

20

21   DATED: February 29, 2008.

22                    Respectfully submitted,

23                    KAREN P. HEWITT
                      United States Attorney

24

25                    s/ Aaron B. Clark
                      AARON B. CLARK
26                    Assistant United States Attorney

27

28                    6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ALEJANDRO AMEZCUA-MANZO, and<br>DELFINO BENITO-GUTIERREZ,<br><br>Defendant(s). | Case No. 08CR0298-WQH<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

      I, AARON B. CLARK, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

      I am not a party to the above-entitled action.  I have caused service of UNITED STATES' MOTIONS on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1.  Gregory Murphy, Federal Defenders of San Diego

    2.  Marc X. Carlos

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 29, 2008.

                         s/ Aaron B. Clark
                         AARON B. CLARK