1 | KAREN P. HEWITT
United States Attorney
2 | AARON B. CLARK
Assistant United States Attorney
3 | California State Bar No. 239764
United States Attorney's Office
4 | 880 Front Street, Room 6293
San Diego, California 92101-8893
5 | Telephone: (619) 557-6787

6 | Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0298WQH |
| Plaintiff, ) | |
| v. ) | MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE |
| DELFINO BENITO-GUTIERREZ (2), ) | |
| Defendant. ) | |

COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant United States Attorney, Aaron B. Clark, and hereby moves this Court to dismiss, without prejudice, the indictment as to defendant DELFINO BENITO-GUTIERREZ ("Defendant") in the above captioned case.

On February 6, 2008, the grand jury returned an indictment charging Defendant with three counts of Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II). On February 7, 2008, Defendant entered a "not guilty" plea before this Court. In the interest of justice, the United States moves to dismiss, without prejudice, the Indictment as to Defendant DELFINO BENITO-GUTIERREZ .

DATE: April 30, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney


s/*Aaron B. Clark*
AARON B. CLARK
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-CR-0298WQH |
| Plaintiff, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| ALEJANDRO AMEZCUA-MANZO (1), ) and DELFINO BENITO-GUTIERREZ (2), ) | |
| Defendants. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Aaron B. Clark, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Motion to Dismiss** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Gregory Murphy

2. Marc Carlos

3. Dorothy Shelton

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2008.

                                                s/***Aaron B. Clark***
                                                Aaron B. Clark