FILED

08 APR 30 PM 2:39

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0298WQH |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| DELFINO BENITO-GUTIERREZ (2), ) | |
| Defendant. ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the above entitled Indictment charging the defendant with Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II), returned February 6, 2008, be dismissed, without prejudice, as to defendant DELFINO BENITO-GUTIERREZ.

IT IS FURTHER ORDERED that defendant DELFINO BENITO-GUTIERREZ be released from custody.

IT IS FURTHER ORDERED that the motion hearing date of May 16, 2008, be vacated as to the above-named defendant.

DATED: 4/30/08

United States District Court Judge
WILLIAM Q. HAYES