UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 MAY -1 PM 3:44

| UNITED STATES OF AMERICA, | CASE NO. 08CR0298-WQH |
|---|---|
| Plaintiff, | |
| vs. | BY: ___ DEPUTY |
| DELFINO BENITO-GUTIERREZ (2), | **JUDGMENT OF DISMISSAL** |
| Defendant. | |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: _8:1324(a)(1)(A)(ii) TRANSPORTATION OF ILLEGAL ALIENS_

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/30/2008

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

ENTERED ON _5/1/08_