**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
2008 MAY -6 AM 8:58
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

08 MAY -1 PM 3:44

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>DELFINO BENITO-GUTIERREZ (2),<br><br>　　　　　　Defendant. | CASE NO. 08CR0298-WQH<br><br>BY: ___<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 8:1324(a)(1)(A)(ii) TRANSPORTATION OF ILLEGAL ALIENS

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/30/2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM Q. HAYES
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal
Judgement and Commitment on 5/2/08

ENTERED ON 5/1/08

United States Marshal
By: _____
USMS Criminal Section